IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SANDRA ALEMAN,

    Petitioner,

vs.                               1:04-CV-112-SPM/AK

BUREAU OF PRISONS,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND TRANSFERRING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 4) dated November 15, 2004. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. This case is hereby transferred to the United States District Court for the Middle District of Florida.

3. The clerk is directed to immediately take all steps necessary to effectuate the transfer.

**DONE AND ORDERED** this <u>eighteenth</u> day of April, 2005.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge

/pao